**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, *Plaintiff-Appellee*, and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, *Plaintiff*, v. IRONSHORE SPECIALTY INSURANCE COMPANY, *Defendant-Appellant*. | No. 18-16857 D.C. No. 2:13-cv-02191-GMN-CWH ORDER |

Filed July 2, 2020

Before: Marsha S. Berzon and Sandra S. Ikuta, Circuit Judges, and Ivan L.R. Lemelle,[*] District Judge.

Order

---

[*] The Honorable Ivan L.R. Lemelle, United States District Judge for the Eastern District of Louisiana, sitting by designation.

**ORDER**

We certified two questions of state law to the Nevada Supreme Court in *Zurich American Insurance Co. v. Ironshore Specialty Insurance Co.*, 18-16937. Submission of this case remains deferred, and the case will be submitted following receipt of the Nevada Supreme Court's opinion on the certified questions or notification that it declines to answer the certified questions. The Clerk shall administratively close this docket pending a ruling by the Nevada Supreme Court regarding the certified questions in *Zurich*, 18-16937. The panel shall retain jurisdiction over further proceedings in this court. Upon conclusion of the state court proceedings, the parties shall notify this Court in writing, and the Clerk will reopen this docket. No mandate shall issue, and this order does not constitute a dismissal or other ruling on the merits of this appeal. Appellate proceedings will remain in abeyance pending further order of this Court.